Forest Preserve Real Estate Improvement Corpora-
tion, Appellee, v. A. Parkin Miller, Appellant.

Gen. No. 41,204.

Denis E. Sullivan, J., dissenting.

244

opinion filed November 20, 1940. Hubbard, Baker & Rice, for appellant; Alvin Glen Hubbard, of counsel; A. B. Manion, for appellee. Opinion by JUSTICE BURKE. "Not to be published in full."